UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Kelley Ann Baisley,

                          Plaintiff,

        -against-

Slade Industries, Inc., Schindler Elevator Corporation,

                         Defendants.

-----------------------------------------------------------------X

7:22-CV-3791 (VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

On August 29, 2023, the Court held a telephonic Status Conference with the parties, during which the Court directed the parties to meet and confer in good faith to determine whether expert discovery can feasibly be conducted within the existing November 1, 2023, deadline for expert discovery. The parties are directed to file a joint letter by no later than **September 27, 2023**, providing the Court with an update on the status of whether the parties believe that they can feasibly complete expert discovery within the existing deadline.

    **SO ORDERED.**

DATED:    White Plains, New York
               September 20, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge